IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McDonald, Arthur D | Case Number: 04 B 42914 |
|---|---|---|
| | McDonald, Lora A | Judge: Hollis, Pamela S |
| | Printed: 12/02/08 | Filed: 11/18/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 26, 2008
Confirmed: April 4, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 91,120.00 | |
| Secured: | | 12,650.18 |
| Unsecured: | | 63,527.93 |
| Priority: | | 9,536.35 |
| Administrative: | | 800.00 |
| Trustee Fee: | | 4,605.54 |
| Other Funds: | | 0.00 |
| Totals: | 91,120.00 | 91,120.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lynette Lewis | Administrative | 800.00 | 800.00 |
| 2. | Midland Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | General Motors Acceptance Corp | Secured | 11,928.78 | 11,928.26 |
| 5. | Midland Mortgage Company | Secured | 721.92 | 721.92 |
| 6. | Internal Revenue Service | Priority | 9,536.35 | 9,536.35 |
| 7. | ECast Settlement Corp | Unsecured | 2,830.11 | 3,486.33 |
| 8. | Fingerhut Credit Advantage | Unsecured | 188.83 | 232.61 |
| 9. | American Express Centurion | Unsecured | 2,739.36 | 3,374.54 |
| 10. | General Motors Acceptance Corp | Unsecured | 574.38 | 707.56 |
| 11. | Discover Financial Services | Unsecured | 2,732.41 | 3,365.98 |
| 12. | ECast Settlement Corp | Unsecured | 510.20 | 628.50 |
| 13. | ECast Settlement Corp | Unsecured | 429.68 | 529.31 |
| 14. | Sherman Acquisition | Unsecured | 1,453.64 | 1,790.70 |
| 15. | Resurgent Capital Services | Unsecured | 850.32 | 1,047.49 |
| 16. | Kohl's/Kohl's Dept Stores | Unsecured | 28.45 | 35.28 |
| 17. | ECast Settlement Corp | Unsecured | 1,617.94 | 1,993.09 |
| 18. | Internal Revenue Service | Unsecured | 65.69 | 80.92 |
| 19. | Sherman Acquisition | Unsecured | 782.82 | 964.33 |
| 20. | ECast Settlement Corp | Unsecured | 3,786.35 | 4,664.29 |
| 21. | United Student Aid Funds Inc | Unsecured | 1,218.34 | 1,500.83 |
| 22. | Seventh Avenue | Unsecured | 503.00 | 619.64 |
| 23. | Swiss Colony | Unsecured | 119.26 | 146.91 |
| 24. | United Student Aid Funds Inc | Unsecured | 1,998.62 | 2,462.04 |
| 25. | Sherman Acquisition | Unsecured | 993.07 | 1,223.34 |
| 26. | Resurgent Capital Services | Unsecured | 1,537.53 | 1,894.04 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McDonald, Arthur D | Case Number: 04 B 42914 |
| --- | --- | --- |
| | McDonald, Lora A | Judge: Hollis, Pamela S |
| | Printed: 12/02/08 | Filed: 11/18/04 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- | --- |
| 27. | U.S. Department Of Education | Unsecured | 2,364.67 | 2,912.97 |
| 28. | Illinois Student Assistance Commission | Unsecured | 3,910.77 | 4,817.56 |
| 29. | Illinois Student Assistance Commission | Unsecured | 782.72 | 964.22 |
| 30. | Educational Credit Management Corp | Unsecured | 12,113.97 | 14,922.87 |
| 31. | Educational Credit Management Corp | Unsecured | 3,549.16 | 4,372.11 |
| 32. | American Express | Unsecured | 834.44 | 1,027.93 |
| 33. | United Student Aid Funds Inc | Unsecured | 1,432.92 | 1,765.17 |
| 34. | United Student Aid Funds Inc | Unsecured | 1,621.41 | 1,997.37 |
| 35. | Capital One | Unsecured | | No Claim Filed |
| 36. | Capital One | Unsecured | | No Claim Filed |
| 37. | Cardiovascular Care | Unsecured | | No Claim Filed |
| 38. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 39. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 40. | Harris Bank | Unsecured | | No Claim Filed |
| 41. | MBNA America | Unsecured | | No Claim Filed |
| 42. | Curves | Unsecured | | No Claim Filed |
| 43. | Retailers National Bank | Unsecured | | No Claim Filed |
| 44. | United Student Aid Funds Inc | Unsecured | | No Claim Filed |
| 45. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 46. | Spiegel | Unsecured | | No Claim Filed |
| 47. | Village of Dolton | Unsecured | | No Claim Filed |
| 48. | WARDS | Unsecured | | No Claim Filed |
| 49. | Williams Evans | Unsecured | | No Claim Filed |
| 50. | Orchard Bank | Unsecured | | No Claim Filed |
| | | | $ 74,557.11 | $ 86,514.46 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 4% | 438.24 |
| 3% | 205.01 |
| 5.5% | 1,125.69 |
| 5% | 341.59 |
| 4.8% | 548.01 |
| 5.4% | 1,488.72 |
| 6.5% | 439.93 |
| 6.6% | 18.35 |
| | $ 4,605.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  McDonald, Arthur D<br>McDonald, Lora A<br>Printed: 12/02/08 | Case Number: 04 B 42914<br>Judge: Hollis, Pamela S<br>Filed: 11/18/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by:

